United States District Court
Southern District of Texas
**ENTERED**
July 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSE ISIAIS REYES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:23-CV-00414 |
| § | |
| RIO GRANDE CITY, TEXAS and § | |
| JESSE ALVAREZ JR., § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.** All allowable and reasonable costs of court are taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

Signed on July 15, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**